# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 6, 2023

## NO. 03-21-00260-CV

**Plan B. Holdings, LLC; CIPE Real Estate Solutions, LLC; and Cheryl Cox, Appellants**

**v.**

**RSLLP, f/k/a Reed & Scardino LLP, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND JONES
AFFIRMED IN PART; REVERSED AND RENDERED IN PART--
OPINION BY JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on May 13, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment in that attorney's fees may not be awarded against the companies or Cox individually; accordingly, we reverse that portion of the trial court's judgment and render judgment that no attorney's fees be awarded against Plan B Holdings, LLC, CIPE Real Estate Solutions, LLC, or Cheryl Cox. We affirm the portion of the trial court's judgment awarding actual damages of $83,509.63 and sanctions of $2,500.00 against Cox individually, plus post-judgment interest on those amounts. Plan B, CIPE, and Cox shall bear half the costs relating to this appeal, both in this Court and in the court below, and RSLLP shall bear half such costs; and this decision shall be certified below for observance.